IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BORG, | No. CIV S-06-0987-DFL-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROSANNE CAMPBELL, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for an extension of time to file a traverse (Doc. 11). Good cause appearing therefor, petitioner's request will be granted nunc pro tunc to July 20, 2006. Petitioner's traverse, filed on July 31, 2006, is considered timely.

      IT IS SO ORDERED.

DATED: August 2, 2006.

                                                                              **CRAIG M. KELLISON**
                                                                              UNITED STATES MAGISTRATE JUDGE