IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BORG, | No. CIV S-06-0987-DFL-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROSANNE CAMPBELL, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the parties' objections filed on January 12, 2007, and January 16, 2007, the court finds it appropriate to vacate the findings and recommendations issued on December 27, 2006.[1]  Amended findings and recommendations will be issued separately.

      IT IS SO ORDERED.

DATED: February 6, 2007.

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Because petitioner is represented by counsel, the pro se objections (Doc. 26) filed on January 16, 2007, are stricken.