IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL BORG,

        Petitioner,

vs.

ROSANNE CAMPBELL, <u>et</u> <u>al.</u>,

        Respondents.

Case No. 2:06-cv-987-RRB

**<u>ORDER ADOPTIONG AMENDED</u>**
**<u>FINDINGS AND RECOMMENDATIONS</u>**

        Petitioner Angel Borg ("Petitioner"), a state prisoner proceeding pro se, filed the above-entitled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole in 2004.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).  Because of the complexity of the issues raised in this case, the Court appointed the Federal Public Defender to represent Petitioner on August 28, 2006.  On September 14, 2006, Attorney R. Shanti Brien was substituted in as counsel for Petitioner.

        On December 27, 2006, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 23) herein.  Based upon

objections from both parties, the Magistrate vacated the Findings and Recommendations (Docket 27) and filed Amended Findings and Recommendations (Docket 28) on February 7, 2007, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within 20 days.   Petitioner filed timely Objections to the Magistrate's Amended Findings and Recommendations at Docket 29.

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de</u> <u>novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the Court finds the Magistrate's Amended Findings and Recommendations (Docket 28) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The Amended Findings and Recommendations (Docket 28) filed on February 7, 2007, are adopted in full;

2.   Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

ENTERED this 3rd day of August, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING AMENDED FINDINGS
  AND RECOMMENDATIONS - 2
2:06-CV-987-RRB